**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                                    **No. 3:20CV00257-JM**

**MICHAEL W. NEWSOM and
LESLEY L. NEWSOM**                                           **DEFENDANTS**

## ORDER

The United States' motion to dismiss, docket # 6, is GRANTED.  This case is hereby dismissed without prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED 12th day of August, 2025.


_____
James M. Moody Jr.
United States District Judge